The People of the State of New York, Respondent, v. Alexander Gold-

stein, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

John R. Shuart and Others, Doing Business under the Name of John R. Shuart & Sons, Respondents, v. The Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Carl Unger, an Infant, by Louis Unger, His Guardian ad Litem, Appellant, v. T. A. Gillespie Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.